KAUFMAN|DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
**amarshall@kaufmandolowich.com**

September 18, 2026

**VIA ECF**
Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

9/19/26. [signature]
John G. Koeltl, U.S.D.J.

**Re:** ***Lutin v. Perlberger, et al.***
***Case No. 1:26-cv-5260 (JGK)***

Dear Judge Koeltl:

My firm represents Defendants Eric P. Schutzer and The Schutzer Group, PLLC (collectively, the "Schutzer Defendants") in the above action.

I write to respectfully request that the Schutzer Defendants' time to file their motion to dismiss the Complaint and impose sanctions on Plaintiff *Pro Se* Gary Lutin be extended to September 22, 2026. Today is the current deadline.

I am making the request because my firm experienced a network-wide outage yesterday morning and it appears at this point that the motion papers I had been drafting will not be accessible again until Sunday or Monday, which is Yom Kippur.

Earlier this week, Mr. Lutin and the co-defendants' counsel consented to a two-week extension of my clients' time to file their motion in the event I needed it, so I presume they would both approve of the much shorter extension now being requested.

I thank the Court for its consideration.

Respectfully,
Kaufman Dolowich LLP

By: /s/ Adam M. Marshall
Adam M. Marshall, Esq.

cc: Gary Lutin
Yoram Silagy, Esq.
(Via ECF)