UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY LUTIN,

Plaintiff,

- against -

RALPH PERLBERGER ET AL.,

Defendants.

26-cv-5260 (JGK)

Order

**John G. Koeltl, District Judge:**

The defendants, Eric P. Schutzer and The Schutzer Group, PLLC, have not filed a reply to the plaintiff's opposition to their motion to dismiss and impose filing injunction. The time for the defendants to reply to the plaintiff's opposition is extended to **November 9, 2026**. If the defendants fail to respond by **November 9, 2026**, the motion shall be decided on the current papers.

**SO ORDERED.**

**Dated:** New York, New York
October 23, 2026

John G. Koeltl
United States District Judge